UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>    Plaintiff  )<br>            )<br>            )<br>vs.         )<br>            )<br>Rocio Selene Rosales )<br>            )<br>    Defendant(s) )<br>            ) | CRIMINAL NO. 08 cr 590 JM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 51786198 |

On order of the United States District/Magistrate Judge,  William McCurine, Jr.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / **Order of Court**).

Ana Maria Ramirez-Chavez

DATED: 3-4-08

William McCurine, Jr.
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
                  by
                       Deputy Clerk