PS
(8/88)

# United States District Court
for
## SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. ROSALES, Rocio Selene
REG #51786-198

Docket No. 07CR1896LAB-001
08cr590-JM

### Petition for Action on Conditions of Pretrial Release

Comes now Silvana Patton, Pretrial Services Officer, presenting an official report upon the conduct of defendant Rocio Selene Rosales who was placed under pretrial release supervision by the Honorable William McCurine, Jr. sitting in the court at San Diego, on the 19th day of February, 2008, under the following conditions:

<u>General Conditions</u>: Not commit a federal, state or local crime during the period of release; make all court appearances.

<u>Special Conditions</u>: restrict travel to Southern and Central Districts of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; Be able to legally remain in the United States during pendency of the proceeding; and actively seek and maintain full-time employment, schooling, or combination both. On March 6, 2008, the condition requiring the defendant to actively seek and maintain full-time employment, schooling, or a combination of both was deleted.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Condition violated:** report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer.

1. The defendant failed to report to Pretrial Services as directed on March 11, 2008.

**Grounds for Violation:** On March 7, 2008, the defendant was instructed to report to Pretrial Services in person on March 11, 2008. The defendant failed to report to Pretrial Services as directed and her current whereabouts remain unknown. The defendant's surety has reported to Pretrial Services that she believes the defendant has traveled into Mexico.

**PRAYING THE COURT WILL MODIFY WILL ISSUE A NO-BAIL BENCH WARRANT IN ORDER TO BRING THE DEFENDANT BEFORE THE COURT TO SHOW CAUSE WHY HER BOND SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this 12/13 day of March, 20 08 and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge William McCurine Jr.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 13, 2008

Respectfully, Silvana Patton

Silvana Patton, U.S. Pretrial Services Officer

Place _____San Diego, California_____
Date _____March 12, 2008_____