| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | A. DALE BLANKENSHIP |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 235960 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6199 / Fax: (619) 235-2757 |
|   | Email: Dale.Blankenship@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   Criminal Case No. 08-CR-0590-JM
                                     )
11                  Plaintiff,       )
                                     )   NOTICE OF APPEARANCE
12          v.                       )
                                     )
13  ROCIO SELENE ROSALES, et al.,    )
                                     )
14                  Defendants.      )

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned

18  case.   I certify that I am admitted to practice in this court or authorized to practice under

19  CivLR 83.3.c.3-4.

20      The following government attorneys (who are admitted to practice in this court or

21  authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be

22  listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic

23  Filings relating to activity in this case:

24      <u>Name</u> (If none, enter "None" below)

25      None.

26  //

27  //

28  //

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and
2 | should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if
3 | the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate
4 | this association):
5 | <u>Name</u> (If none, enter "None" below)
6 | None.
7 | Please call me if you have any questions about this notice.
8 | DATED: May 14, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *A. Dale Blankenship*
A. DALE BLANKENSHIP
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Dale.Blankenship@usdoj.gov

2

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-0590-JM |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ROCIO SELENE ROSALES, et al. | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, A. DALE BLANKENSHIP, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
    I am not a party to the above-entitled action.  I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Robert Schlein,  Robert@rcslaw.org
2. Steven Hoffman  hbfandjm@aol.com
3. Ciro Hernandez  Cirolaw@aol.com

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on May 14, 2008.

                                                /s/*A. Dale Blankenship*
                                              A. DALE BLANKENSHIP
                                              Assistant U.S. Attorney